**Charles M. O'NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78273**

Missouri Court of Appeals,
Western District.

ORDER FILED: May 10, 2016

Mark A. Grothoff, Assistant Public Defender, Columbia, MO, Attorney for Appellant,

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Alok Ahuja, Chief Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

**Order**

Per Curiam:

Mr. Charles O'Neal appeals from the Judgment of the Circuit Court of Randolph County, Missouri, denying his Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. We affirm. Because a published opinion would have no precedential value, a memorandum setting

forth the reasons for this order has been provided to the parties. Rule 84.16(b).